UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 05 B 44649
   JOHN F RONCONE
                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0880
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/06/05 and confirmed on 02/16/06.

   2.  The case was dismissed after confirmation, 09/28/2007.

   3.  The Debtor paid a total of $   4284.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JUDITH A DEVRIENDT | SPECIAL CLASS | 3000.00 | .00 | 723.24 |
| KRISTIN A RONCONE | SPECIAL CLASS | 8437.83 | .00 | 2034.25 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| WESMERE COUNTRY CLUB HOA | UNSECURED | 2469.31 | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| CHRIS SINNAPPAN MD | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | UNSECURED | 1130.26 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 783.21 | .00 | .00 |
| MIDWEST CENTER FOR YOUTH | UNSECURED | NOT FILED | .00 | .00 |
| MRS ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| MRS ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | SPECIAL CLASS | 686.80 | .00 | 165.58 |
| PETER T DRUGAS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 968.69 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2072.15 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

--------------------------------------------------------------------------
       Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 19548.25 | .00 | 19548.25 |
| PRINCIPAL PAID | .00 | .00 | 2923.07 | .00 | 2923.07 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 2923.07 | .00 | 2923.07 |

The Debtor's attorney, GARY L SHILTS            , was allowed $   2200.00 and was paid $   1000.00  direct and $   1200.00   through the plan.

The Trustee received $    160.93 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 12/17/07              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE


                              PAGE  2
           CASE NO. 05 B 44649 JOHN F RONCONE